JS-6 / ENTERED





# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANK MENDOZA GONZALES,<br><br>　　　　　　Plaintiff,<br><br>　　vs.<br><br>SAN BERNARDINO COUNTY<br>DEPUTY SHERIFF JUAN<br>CARRILLO et al.,<br><br>　　　　　　Defendants. | Case No. EDCV 11-1028-JAK (JPR)<br><br>**J U D G M E N T** |

　　Pursuant to the Order Accepting Findings and Recommendations of U.S. Magistrate Judge,

　　IT IS HEREBY ADJUDGED that this action is dismissed with prejudice.

DATED: April 17, 2013

　　　　　　　　　　　　　　　　　　　　　　　　　　
　　　　　　　　　　　　　　JOHN A. KRONSTADT
　　　　　　　　　　　　　　U.S. DISTRICT JUDGE

