JS-6 / ENTERED





# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANK MENDOZA GONZALES, | Case No. EDCV 11-1028-JAK (JPR) |
| Plaintiff, | |
| vs. | **J U D G M E N T** |
| SAN BERNARDINO COUNTY DEPUTY SHERIFF JUAN CARRILLO et al., | |
| Defendants. | |

Pursuant to the Order Accepting Findings and Recommendations of U.S. Magistrate Judge,

IT IS HEREBY ADJUDGED that this action is dismissed with prejudice.

DATED: April 17, 2013

JOHN A. KRONSTADT
U.S. DISTRICT JUDGE

